1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

SOURCE NORTH AMERICA, INC., dba
ACE   TANK   AND   FUELING
EQUIPMENT, a Texas Corporation,

                        Plaintiff,

v.

AHTNA   DESIGN-BUILD,   INC.,   an
Alaska corporation,

                        Defendant.

No. 2:21-cv-00404 BJR

JOINT MOTION AND ORDER TO STAY
PROCEEDING PENDING MEDIATION

The parties, by and through their counsel of record, move the court for an order staying this proceeding until **October 1, 2021.**

The parties have agreed to conduct a one-day mediation before answer or discovery begins; however, the parties' chosen mediator is unavailable until mid-September and so the mediation will not take place until **September 14, 2021**.

JOINT MOTION AND ORDER
TO STAY PROCEEDING- 1

[2:21 cv 00404 BJR]

SIMBURG, KETTER,
SHEPPARD & PURDY, LLP
999 THIRD AVENUE, SUITE 2525
SEATTLE, WASHINGTON 98104-4089
(206) 382-2600 FAX: (206) 223-3929

1

2      In preparation for the mediation, the parties have agreed to a limited exchange of

3   information and documentation  that would otherwise be disclosed under FRCP 26(a) without

4   waiver or prejudice to any party's right to conduct discovery under the Federal Rules if the

5   case is not resolved at mediation.

6      DATED: April 21, 2021

7   SIMBURG, KETTER, SHEPPARD          OLES MORRISON RINKER
    & PURDY, LLP                       & BAKER, LLP

8    s/ Andrew D. Shafer               /s/ William G. Cason
    Andrew D. Shafer, WSBA No. 9405    William G. Cason, WSBA # 55410
9   Attorney for Plaintiff             Attorney for Defendant
    999 Third Avenue, Suite 2525       701 Pike Street; Suite 1700
10  Seattle, WA  98104                 Seattle, WA 98101
    Tel:206.382.2600; Direct: 206.330.2054   Tel: 206.623.3427; Fax: 206.682.6234
11   e-mail: ashafer@sksp.com          e-mail: cason@oles.com

12                          **ORDER**

13      Based on the parties' joint motion staying this proceeding pending mediation, it is

14  hereby ordered that all proceedings in this matter are stayed until October 1, 2021 or

15  otherwise ordered by the Court.

16      Done in open court this 22nd day of April, 2021.

17

18                    _____
                      HON. BARBARA ROTHSTEIN
19                    UNITED STATES DISTRICT COURT

20

21

22

23

JOINT MOTION AND ORDER                          SIMBURG, KETTER,
TO STAY PROCEEDING- 2                           SHEPPARD & PURDY, LLP
                                                999 THIRD AVENUE, SUITE 2525
[2:21 cv 00404 BJR]                             SEATTLE, WASHINGTON 98104-4089
                                                (206) 382-2600 FAX: (206) 223-3929